# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:00CR60

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| TARVIS DUNHAM ) | |

**THIS MATTER** is before the Court on the Defendant's motion to stay revocation proceedings involving his supervised release violation or, in the alternative, to consolidate this case and a new charge filed in Criminal No. 3:06CR456 before one judicial officer.

For the reasons stated in the motion and the Government having no objections to the relief sought,

**IT IS, THEREFORE, ORDERED** that the Defendant's alternative motion to consolidate this matter with the charge filed in Criminal No. 3:06CR456 is **ALLOWED**, and the Clerk is directed to reassign this matter to United States District Court Judge Frank Whitney.

2

Signed: February 17, 2007

Lacy H. Thornburg
United States District Judge