UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:00-cr-60 and 3:06-cr-00456-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TARVIS LEVITICUS DUNHAM, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Amend Payment Schedule (Doc. No. 43 in 3:00-cr-60; Doc. No. 58 in 3:06-cr-456). Upon review of the motion, the Court hereby directs the United States Attorney to file a response within ninety (90) days.

IT IS SO ORDERED.

Signed: May 4, 2022

Frank D. Whitney
United States District Judge

1