# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:00cr60**

**V.**

**ORDER**

**TRAVIS DUNHAM**

---

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Amend/Correct, (Doc. 43). The Court has no jurisdiction over payment schedules while the defendant is in BOP custody.

**IT IS ORDERED**, that Defendant's Motion (Doc. No. 43) is **DENIED.**

Signed: June 14, 2023

Frank D. Whitney
United States District Judge